[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 630.]

THE STATE OF OHIO, APPELLEE *v.* BROWN, APPELLANT.

[Cite as *State v. Brown*, 1996-Ohio-86.]

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel— Application denied when no colorable claim of ineffective assistance of appellate counsel shown.*

(No. 95-2183—Submitted January 23, 1996—Decided February 28, 1996)

APPEAL from the Court of Appeals for Lucas County, No L-82-297.

_____

{¶ 1} In September 1982, appellant, Danny Brown, was convicted of aggravated murder and sentenced to life imprisonment. The court of appeals affirmed the conviction and sentence. *State v. Brown* (Sept. 16, 1983), Lucas App. No. L-82-297, unreported, 1983 WL 6945.

{¶ 2} It is agreed that in August 1995, appellant filed an application to reopen his appeal under App.R. 26(B), alleging ineffective assistance of his appellate counsel. In September 1995, the court of appeals denied his application, finding that appellant "failed to show a colorable claim of ineffectiveness of appellate counsel." Appellant appeals that denial to this court.

_____

*Anthony G. Pizza*, Lucas County Prosecuting Attorney, and *Craig T. Pearson*, Assistant Prosecuting Attorney, for appellee.

*Danny Brown*, *pro se.*

_____

*Per Curiam.*

{¶ 3} We affirm the decision of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., not participating.

_____